# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID EYRE (1)<br><br>ANTHONY PALIOBAGIS (2),<br><br>　　　　Defendant. | Case No.: 21CR00398-JLS<br><br>**ORDER CONTINUING MOTION HEARING AND TRIAL SETTING** |

Pursuant to the joint motion, IT IS HEREBY ORDERED that the MOTION HEARING AND TRIAL SETTING set for April 15, 2022 at 1:30 PM shall be continued to **May 13, 2022** at **1:30 PM**.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  April 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

18CR1674-JLS